PER CURIAM.
Affirmed. Hermanowski ex rel. Ameri-cable Asqoc. v. Naranja Lakes Condominium No. Five, Inc., 421 So.2d 558 (Fla. 3d DCA 1982), review denied, 430 So.2d 451 (Fla.1983); Citicorp Real Estate, Inc. v. Buchbinder & Elegant, 503 So.2d 385, 387 (Fla. 3d DCA), review denied, 513 So.2d 1060 (Fla.1987); Local No. 1 (ACA) v. International Bhd. of Teamsters, 461 F.Supp. 961 (E.D.Pa.1978), affd in part, rev’d in part, 614 F.2d 846 (3d Cir.1980).